# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TOMMY GLOVER, | : | No. 1 WM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS | : | |
| PENNSYLVANIA, PAROLE BOARD AND | : | |
| PROBATION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of March, 2020, the "Petition for Leave to File Notice of Appeal *Nunc Pro Tunc*" is DENIED.